In the Matter of RAYMOND ENRIGHT et al., Respondents, against S. HOWARD COHEN et al., as Commissioners of the Board of Elections of the City of New York, Respondents. HAROLD V. NEAREY, Appellant.

Submitted February 26, 1940; decided March 12, 1940.

*Abraham L. Sainer* for appellant.

*Benjamin Gassman* for petitioners, respondents.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Russell Lord Tarbox* of counsel), for Board of Elections of the City of New York, respondent.

Appeal dismissed, with costs, on the ground it is academic. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.